**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **STEVEN KIRSHBAUM,** § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 6:13-cv-467 |
| § | Consolidated With |
| **UNIVERSITY OF TEXAS AT TYLER,** § | Cause No. 6:13-cv-298 |
| et al., § | |
| Defendants. § | |

## FINAL JUDGMENT

By the Court's November 30, 2014 Order (Cause No. 6:13-cv-298, Docket No. 31), all claims against all Defendants in these cases have been dismissed. Accordingly, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suits be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close these cases.

**So ORDERED and SIGNED this 23rd day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**